IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRENDA GAIL GANDY,**

    **Plaintiff,**

**vs.**                                             **CASE NO. 1:04cv94-MMP/AK**

**DEPARTMENT OF REVENUE,**

    **Defendant.**

_____/

## ORDER

Upon consideration of the amended complaint, the Court finds that service of the amended complaint is appropriate. Plaintiff is informed that service upon a state governmental agency should be made "by delivering a copy of the summons and of the complaint to the chief executive officer thereof or by serving the summons and complaint in the manner prescribed by the law of that state for the service of summons or other like process upon any such defendant." See Fed. R. Civ. P. 4(j)(2). The controlling Florida statute is Fla. Stat. Ann. § 48.111, which provides that service upon a state agency, municipal corporation or county which has a governing board, council or commission or which is a body corporate shall be served on a) the president, mayor, chairman or other head thereof; and in his absence; b) on the vice president, vice mayor

or vice chairman, or in the absence of all of the above; c) on any member of the governing board, council or commission.  Upon the Marshal's forms, which shall be sent to Plaintiff as ordered below, Plaintiff shall provide information sufficient to identify the Secretary of the Department of Revenue pursuant to Fed. R. Civ. P. 4(j)(2) and/or Fla. Stat. Ann. § 48.111.

Accordingly, it is **ORDERED:**

1.  The docket shall reflect that the Defendant in this action is the **Department of Revenue.**  Plaintiff shall have ten (10) days from the date of this order on the docket to notify the Court if this is *incorrect*.

2.  The Clerk of the Court is directed to prepare summons indicating the Defendant has twenty (20) days within which to respond, and send the summons and two copies of this order along with service copies of the amended complaint to the United States Marshal.  All costs of service shall be advanced by the United States.

3.  The United States Marshal shall transmit one USM 285 form to Plaintiff for the Defendant along with instructions.  The instructions shall require Plaintiff to complete and return the USM 285 forms to the United States Marshal's office in Tallahassee within twenty (20) days from the date of receipt thereof.  Failure by Plaintiff to return the completed USM 285 forms within the time period allowed may result in dismissal of this case.  All costs of service shall be advanced by the United States.

4.  Upon receipt of the completed USM 285 forms from Plaintiff, the Marshal is hereby directed to **personally** serve the Defendant named above pursuant to Fed. R. Civ. P. 4(j)(2) or Fla. Stat. Ann. § 48.111.  Upon completion of service, or if unable to effect service, the Marshal shall file with the Clerk the return of service.

5.  After a response to the amended complaint has been filed by Defendant, Plaintiff shall be required to mail to counsel for Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the Court.  Plaintiff shall include with the original paper to be filed with the Clerk of Court a certificate stating the date a correct copy of the paper was mailed to Defendant or to counsel for Defendant.  Any paper submitted for filing after a response to the amended complaint has been filed by Defendant which does not contain a certificate of service shall be returned by the Clerk and disregarded by the Court.

**DONE AND ORDERED** this **18th** day of July, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**