IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


BRENDA GAIL GANDY,

    Plaintiff,

v.                                          CASE NO. 1:04-cv-00094-MP-AK

DEPARTMENT OF REVENUE,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION**

This matter is before the Court on Doc. 13, Defendant's motion to dismiss or, alternatively, for more definite statement. Plaintiff did not file a response to the motion, and according to Defendant, she has not made herself available to accept telephone calls from counsel. The Court will nevertheless consider the merits of the motion.

As to the first ground for relief, the motion to dismiss should be denied. A cursory review of the docket shows that Plaintiff was not responsible for the delay in service of the amended complaint, as service could only be effected with the Court's permission. Once that was given, there were other service problems which, again, were not of Plaintiff's making, but which were promptly remedied.

As to the alternative request for relief, i.e., that the Plaintiff be required to file a second amended complaint which sets forth all of her claims, the motion should be granted. Plaintiff

omitted the second page of the form complaint which addresses crucial information regarding, for example, timeliness and exhaustion. Defendant certainly needs this information to determine its course of defense.

The Court would, however, take this opportunity to remind Plaintiff that she has a duty to prosecute this action, a duty which includes making herself available for telephone calls with counsel. This may include Plaintiff's alerting counsel, his secretary, or a paralegal as to when she can accept telephone calls and any alternative telephone numbers where she may be reached.

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant's motion to dismiss or, alternatively, for more definite statement, be **GRANTED IN PART AND DENIED IN PART** and that this cause be **REMANDED** to the undersigned for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, this **14th** day of October, 2005.

        **s/ A. KORNBLUM**
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**