IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


BRENDA GAIL GANDY,

     Plaintiff,

v.                                                                                      CASE NO. 1:04-cv-00094-MP-AK

DEPARTMENT OF REVENUE, et al.,

     Defendants.

_____/

## O R D E R

    This matter is before the Court on Doc. 15, Report and Recommendations of the

Magistrate Judge, recommending that the Defendant's motion to dismiss or, alternatively, for

more definite statement, be granted in part and denied in part.  That is, the Magistrate Judge

recommends that the motion to dismiss be denied but that plaintiff be required to file a second

amended complaint.  Objections to Report and Recommendation were due by November 14,

2005, and none were filed.  The Court has reviewed the plaintiff's pleading at doc. 16, however.

The undersigned agrees with the Magistrate Judge that a second amended complaint is needed in

this case.  Accordingly it is hereby,

      **ORDERED AND ADJUDGED:**

    The Report and Recommendation of the Magistrate Judge is adopted and incorporated
herein; the motion to dismiss contained in doc. 15 is denied, but the plaintiff shall file a
second amended complaint; and this matter is remanded to the Magistrate Judge for
further proceedings.

      **DONE AND ORDERED** this  _4th_ day of January, 2006


          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge